# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                              NO. 2019 KW 1477

VERSUS

VICTOR COVINGTON                              **FEB 1 8 2020**

---

In Re:    Victor Covington, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          96-CR-1253.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED** for the sole purpose of transferring the writ
application to the district court, for a ruling on relator's pro
se petition for a writ of habeas corpus.  The original of the
writ application will be forwarded to the district court clerk
of court.

                              **TMH**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
          FOR THE COURT